**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000071
05-JUL-2019
08:13 AM**

NO. CAAP-16-0000071

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HEALOHA CARMICHAEL, LEZLEY JACINTHO,
and NĀ MOKU AUPUNI O KO'OLAU HUI,
Plaintiffs-Appellees/Cross-Appellees/Cross-Appellants,
v.
BOARD OF LAND AND NATURAL RESOURCES, SUZANNE CASE,
in her official capacity as Chairperson of the Board of Land and
Natural Resources, the DEPARTMENT OF LAND AND NATURAL RESOURCES,
Defendants-Appellees/Cross-Appellees/Cross-Appellants,
and
ALEXANDER & BALDWIN, INC., EAST MAUI IRRIGATION CO., LTD.,
and HAWAIIAN COMMERCIAL AND SUGAR CO.,
Defendants-Appellants/Cross-Appellees,
and
COUNTY OF MAUI, DEPARTMENT OF WATER SUPPLY,
Defendant-Appellee/Cross-Appellant/Cross-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-0650)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of "Plaintiffs-Appellees/Cross-Appellees/Cross-Appellants' Motion for Reconsideration of the Court's Memorandum Opinion Filed June 18, 2019," (Motion) filed June 28, 2019, the papers in support, and the record and files in this case,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, July 5, 2019.

Presiding Judge

Associate Judge

Associate Judge